THEODORA R. LEE, Bar No. 129892
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

MATTHEW J. RUGGLES, Bar No. 173052
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200

Attorneys for Defendant
TURLOCK IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD AVILA, an individual; TOM SOUZA, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TURLOCK IRRIGATION DISTRICT, a California Public Agency, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 06-CV00050-OWW-SMS<br><br>**ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE**<br><br>Old Date: 9/7/206 at 10:00a.m. *<br><br>**NEW Date: March 8, 2007 at 10:00a.m. before Judge Snyder**<br><br>* Pending Motion for Summary Judgment under submission before Judge Wanger. |

Pursuant to the parties Stipulation and Request, the mandatory settlement conference presently scheduled for 10:00 a.m. on September 7, 2006 is continued to **MARCH 8, 2007 at 10:00a.m. before Judge Snyder.** The parties' confidential settlement conference statements shall be submitted directly to the chambers of the Magistrate Judge at least five (5) days prior to the settlement conference, pursuant to the Scheduling Order issued by the court dated May 8, 2006.

**IT IS SO ORDERED.**

DATED: 8/29/2006                              /s/ Sandra M. Snyder
                                                              HON. SANDRA M. SNYDER
                                                              U.S. MAGISTRATE JUDGE

Firmwide:81414921.1 017072.1039                    1                    Case No. 06-CV00050-OWW-SMS

[PROPOSED] ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

Firmwide:81362683.1 017072.1039         2         Case No. 06-CV00050-OWW-SMS
REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com