THEODORA R. LEE, Bar No. 129892
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940

MATTHEW J. RUGGLES, Bar No. 173052
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone:   916.830.7200

Attorneys for Defendant
TURLOCK IRRIGATION DISTRICT

MIKE ARIAS, Bar No. 115385
MARK A. OZZELLO, Bar No. 116595
ARIAS, OZZELLO & GIGNAC, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone:   310.670.1600

Attorney for Plaintiffs
GERALD AVILA AND TOM SOUZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD AVILA, an individual; TOM SOUZA, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TURLOCK IRRIGATION DISTRICT, a California Public Agency, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  06-CV-00050-OWW-SMS<br><br>**JOINT REQUEST TO CONTINUE JUNE 26, 2007 TRIAL DATE AND** [PROPOSED] **ORDER** |

Case No.  06-CV-00050-OWW-SMS

JOINT REQUEST TO CONTINUE JUNE 26, 2007 TRIAL DATE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com

       Plaintiffs Gerald Avila and Tom Souza, and Defendant Turlock Irrigation District, by and through their attorneys of record, hereby jointly request a sixty (60) day continuance of the bifurcated trial scheduled to begin on Tuesday, June 26, 2007 based on the following:

       1.    The parties have conducted discovery pursuant to the court's February 27, 2007 order [Docket No. 49] bifurcating the case to permit the early resolution of the application of the irrigation exemption to the Fair Labor Standards Act ("FLSA"), set forth at 29 U.S.C. section 213(b)(12). Defendant Turlock Irrigation District has completed non-expert discovery needed for the bifurcated trial, and Plaintiffs have conducted extensive written discovery and depositions, but has not yet completed discovery needed for the bifurcated trial.

       2.    In addition to this lawsuit, Turlock Irrigation District also has been in labor negotiations with the Turlock Irrigation District Employee Association ("TIDEA") concerning the Power Control Center Operators ("PCCOs"), the same employees that comprise the class of employees in this lawsuit. Turlock Irrigation District and representatives from TIDEA conducted an unsuccessful mediation on November 8, 2006 with Shirley Campell, the Presiding Mediator with the California State Mediation and Conciliation Service ("SMCS").

       3.    During discovery leading up to the June 26, 2007 trial, the parties engaged in settlement discussions in an effort to resolve this matter informally. After considerable negotiation, the parties now believe that a mediation conducted with the assistance of Shirley Campbell has a reasonable likelihood of successfully concluding this litigation and the unresolved labor issues concerning the PCCOs. The parties believe Ms. Campbell's participation in the second mediation is essential because of her familiarity and knowledge of the outstanding labor issues between TID and the TIDEA concerning the PCCOs.

       4.    The parties tentatively agreed to conduct a mediation at Defendant Turlock Irrigation District's office beginning at 9:00 a.m. on June 25, 2007, the first mutually available date for the parties, Ms. Campbell, and representatives from the TIDEA. Additionally, the parties were unable to schedule the mediation for an earlier date because Ms. Campbell was unavailable and on vacation during most of May 2007.

1.    Case No.  06-CV-00050-OWW-SMS
JOINT REQUEST TO CONTINUE JUNE 26, 2007 TRIAL DATE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com

1  5. To facilitate the mediation, and to avoid the expense of incurring attorney's fees and expert witness fees to prepare for the June 26, 2007 trial, the parties jointly request a sixty (60) day continuance of the June 26, 2007 trial date.

6. The parties do not request any modification of the final pre-trial and trial dates listed in the court's February 27, 2007 order [Docket No. 49].

Dated: June 6, 2007

/s/  Matthew J. Ruggles
THEODORA R. LEE
MATTHEW J. RUGGLES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
TURLOCK IRRIGATION DISTRICT

Dated: June 6, 2007

/s/  Mark A. Ozzello (authorized 06/06/2007)
MARK A. OZZELLO
ARIAS, OZZELLO & GIGNAC, LLP
Attorneys for Plaintiffs
GERALD AVILA AND TOM SOUZA

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

2.   Case No.  06-CV-00050-OWW-SMS
JOINT REQUEST TO CONTINUE JUNE 26, 2007 TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based on the parties' Joint Request to Continue the June 26, 2007 trial, the court rules as follows:

1. The court finds that good cause exists to continue the June 26, 2007 trial date.

2. The June 26, 2007 trial date is hereby VACATED. The trial date on the unresolved issued concerning application of the exemption set forth in 29 U.S.C. section 213(b)(12) is continued to August 28, 2007.

3. All of the remaining pre-trial and trial dates set forth in the court's February 27, 2007 order [Docket No. 49] shall remain unchanged.

**NO FURTHER CONTINUANCES WILL BE GRANTED (OWW)**

**IT IS SO ORDERED.**

DATED:____6/7/2007_____          _/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

3.                                    Case No. 06-CV-00050-OWW-SMS
JOINT REQUEST TO CONTINUE JUNE 26, 2007 TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com