THEODORA R. LEE, Bar No. 129892
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

MATTHEW J. RUGGLES, Bar No. 173052
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200

Attorneys for Defendant
TURLOCK IRRIGATION DISTRICT

MIKE ARIAS, Bar No. 115385
MARK A. OZZELLO, Bar No. 116595
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045-1558
Telephone: 310.670.1600

Attorneys for Plaintiffs
GERALD AVILA AND TOM SOUZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD AVILA, an individual; TOM SOUZA, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TURLOCK IRRIGATION DISTRICT, a California Public Agency, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 06-CV00050-OWW-SMS<br><br>**ORDER RE JOINT EX PARTE APPLICATION FOR APPROVAL OF FINAL SETTLEMENT AND APPLICATION FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIBURSEMENT OF EXPENSES**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 3, 7th Floor<br>Judge: Oliver W. Wanger |

Case 1:06-cv-00050-OWW-SMS   Document 56   Filed 09/05/2007   Page 1 of 2

FILED
SEP 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Firmwide:82051037.1 017072.1039     1     Case No. 06-CV00050-OWW-SMS
[PROPOSED] ORDER RE EX PARTE APPLICATION FOR APPROVAL OF FINAL SETTLEMENT AND APPLICATION FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIBURSEMENT OF EXPENSES

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  On _____, at _____, ~~the Parties' Joint Ex Parte Application for~~

3  ~~Approval of Final~~ Settlement and counsel for Plaintiffs' Application for Approval of Award of

4  ~~Attorneys' Fees and Reimbursement of Costs came on for hearing in the above-entitled Court.~~

5  The ~~Parties' respective counsel did not appear.~~

6  After consideration of the papers filed in support of the Joint Ex Parte Application for

7  Approval of Final Settlement and Application for Approval of Award of Attorneys' Fees and

8  Reimbursement of Costs and any other argument presented by the parties, and **GOOD CAUSE**

9  **APPEARING, IT IS HEREBY ORDERED:**

10  (1)   That the Joint Ex Parte Application for Approval of Final Settlement is granted;

11  (2)   That the Stipulation for Settlement is APPROVED;

12  (3)   That upon payment of the monies pursuant to the terms of the Stipulation for

13  Settlement, this action is DISMISSED WITH PREJUDICE, without costs to either party;

14  (4)   That the Application for Approval of Award of Attorneys' Fees and

15  Reimbursement of Costs is granted; and,

16  (5)   That the Court hereby enters an Order awarding attorneys' fees and

17  reimbursement of Expenses in the form agreed upon.

18

19  **IT IS SO ORDERED.**

20

21  Dated: 8-29-07

22  _____
   THE HONORABLE OLIVER W. WANGER
   Judge of the United States District Court