Mike Arias, Esq. (CSB #115385)
Mark A. Ozzello, Esq. (CSB #116595)
Mikael Stahle, Esq. (CSB #182599)
Jason E. Barsanti, Esq. (CSB #235807)
Stephanie C. Lai, Esq. (CSB #242959)
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Telephone:  (310) 670-1600
Facsimile:   (310) 670-1231
mozzello@aogllp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD AVILA, an individual; TOM SOUZA, an individual; on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>TURLOCK IRRIGATION DISTRICT, a California Public Agency, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV-00050-OWW-SMS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO DISMISS ACTION** |

Plaintiffs Gerald Avila and Tom Souza, and Defendant Turlock Irrigation District (the "Parties"), by and through their respective attorneys of record, hereby submit the following stipulation:

WHEREAS, this matter was settled on or about August 20, 2007;

WHEREAS, subsequent to settlement, all necessary documents were submitted to this Court for approval; and,

WHEREAS, on November 3, 2007, this Court granted the Joint Motion to Certify the Class and all monies required to be paid to the Class Members have been disbursed.

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, THE PARTIES STIPULATE AND AGREE:

That the instant action should, and will, be dismissed in its entirety.

Dated:  January ___, 2008          ARIAS OZZELLO & GIGNAC LLP


By: _____
MIKE ARIAS
MARK A. OZZELLO
MIKAEL H. STAHLE
JASON E. BARSANTI
STEPHANIE C. LAI
Attorneys for Plaintiffs
Gerald Avila and Tom Souza


Dated:  January ___, 2008          LITTLER MENDELSON


By: _____
MATTHEW J. RUGGLES
Attorneys for Defendant
Turlock Irrigation District


**IT IS SO ORDERED:**

That the instant action is hereby dismissed in its entirety.

Date: January 22, 2008          /s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
United States District Court Judge

Page 2     Case No.: CV-00050-OWW-SMS
STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION

PDF created with pdfFactory trial version www.pdffactory.com